**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **A.O.R,** | } | |
| | } | |
| **Petitioner,** | } | |
| **v.** | } | **Case No. 7:26-cv-00311-WLS-ALS** |
| | } | **28 U.S.C. § 2241** |
| **Warden, IRWIN COUNTY** | } | |
| **DETENTION CENTER, et al.,** | } | |
| | } | |
| **Respondents.** | } | |

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW **ALAIN ORTEGA RODRIGUEZ**, Respondent in the above styled case, by and through the undersigned counsel AMANDA PEREZ, who is detained at the Irwin County Detention Center, and respectfully requests a **VOLUNTARY DISMISSAL OF THE HABEAS CORPUS PETITION** in said case for the following reasons:

1. The Immigration Judge denied bond on October 21, 2026.

Wherefore, Mr. Ortega-Rodriguez through his attorney requests a Voluntary Dismissal on the Petition for Habeas Corpus.

Respectfully submitted this 19th of November, 2026.

/s/Amanda Perez
Amanda Perez
Georgia Bar Number: 940684
Attorney for the Petitioner

Perez Law Office, LLC
1180 Alpharetta Street
Roswell, Georgia 30075
Telephone: (770) 650-0080
Email: aperez@attorneyperezcom

SO ORDERED this 23rd day of November, 2026.

W Louis Sands
W. Louis Sands, Sr. Judge
United States District Court