IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ALAIN RODRIGO ORTEGA-RODRIGUEZ, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-311 (WLS-ALS) |
| | * | |
| WARDEN, IRWIN COUNTY DETENTION CENTER, et al., | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of November, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk